No. 8923.   THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, APPELLANT, v. LAWRENCE H. BIXBY, RESPONDENT.

Decided Dec. 21, 1949.

Mr. Edmond G. Toomey, Helena, Mr. Charles N. Wagner, Helena, Mr. Jerrold R. Richards, Helena, Messrs. Toomey, McFarland & Wagner, Helena, for Appellant.

Mr. Victor H. Fall, Helena, for Respondent.

Per Curiam.

The Prudential Insurance Company of America, a corporation, appellant, by and through its counsel of record, having filed herein written praecipe so requesting, and appellant and respondent having filed herein, stipulation for dismissal:

It is ordered that said appeal shall be and the same is hereby dismissed.